Patrick ANYANIKE, Appellant,

v.

MISSOURI DEPARTMENT OF
MENTAL HEALTH,
Respondent.

WD 79262

Missouri Court of Appeals,
Western District.

ORDER FILED: October 18, 2016

Karon D. Ramsey, Kansas City, MO, Attorney for Appellant,

Chris Koster, Attorney General, Felicia Crawford-Randle, Assistant Attorney General, Jefferson City, MO, D. Ryan Taylor, Assistant Attorney General, Kansas City, MO, Attorneys for Respondent.

Before Division Two: Thomas H. Newton, Presiding Judge, and Karen King Mitchell and Anthony Rex Gabbert, Judges

### Order

Per Curiam:

Patrick Anyanike appeals the circuit court's affirmance, upon judicial review, of a decision of the Department of Mental Health, finding that Anyanike had commit-

ted an act of sexual abuse and placing him on the Department's disqualification registry. Anyanike raises a single point on appeal. He argues that the Department erred in finding that he committed an act of sexual abuse in light of contrary evidence. We affirm. Rule 84.16(b).